No. 1582, Misc. SCOTT v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 1589, Misc. FITZGERALD v. CALIFORNIA ET AL. Sup. Ct. Cal. Certiorari denied.

No. 823, Misc. BLESSING v. MICHIGAN. Sup. Ct. Mich. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. Petitioner *pro se. Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *Curtis G. Beck,* Assistant Attorney General, for respondent.

No. 939, Misc. KUSHMER v. UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 1080, Misc. SENK v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 1556, Misc. CASTRO v. NEW YORK. Ct. App. N. Y. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Leon B. Polsky* for petitioner. *Frank S. Hogan* for respondent.

No. 1487, Misc. McSHANE ET AL. v. CLEAVER ET AL. Dist. Ct. App. Cal., 5th App. Dist. Certiorari and other relief denied.